UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICKIE UNRUE,

Plaintiff,

v. Case No: 6:20-cv-193-Orl-37LRH

JIM BRIDENSTINE,

Defendant.

___________________________________

**ORDER OF DISMISSAL**

The parties have filed a Stipulation of Dismissal (Doc. 27). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 31, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record